

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00155-CV

**BRANDY LEIGH MOORE,**

**Appellant**

 **v.**

**JAY CHRISTOPHER MOORE,**

**Appellee**

**From the 18th District Court
Johnson County, Texas
Trial Court No. DC-D201600897**

## ORDER

This appeal was referred to mediation on June 14, 2017. Mediation was ordered to occur within 30 days from the date of the order. The parties have filed a Joint Motion for Extension of Time to Complete Mediation, asserting that the parties and the mediator have been unable to schedule a date to mediate within the 30-day timeframe. The parties request an extension of time until August 28, 2017 to conduct mediation.

The motion is granted.  Mediation is extended until September 15, 2017.  All other terms and conditions of the mediation order issued June 14, 2017 remain in effect.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted
Order issued and filed July 19, 2017

